3238. GRESHAM *v.* FIRST NATIONAL BANK OF MILLEN

POWELL, J. There was sufficient conflict in the inferences to be drawn from testimony to make a question for solution by the jury, as to whether the plaintiff was a bona fide holder of the notes sued on, for value, and without notice of dishonor; and the court erred in directing the verdict.                      *Judgment reversed.*

DECIDED OCTOBER 10, 1911.

Complaint; from city court of Waynesboro—Judge Davis. January 4, 1911.

*H. J. Fullbright,* for plaintiff in error.

*E. L. Brinson,* contra.